U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 1 6 2018

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NICHOLAS OCHOA, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED UNDER 29 U.S.C. § 216(b) | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | NO. 4:18-CV-312-A |
| BANGKOK THAI AND SUSHI, LLC, | § § | |
| Defendant. | § | |

### ORDER GRANTING DEFAULT

Earlier on the date of the signing of this order, plaintiff Nicholas Ochoa moved for default judgment against defendant, Bangkok Thai and Sushi, LLC. Having reviewed the motion and its attachments, the court is satisfied that plaintiff has correctly analyzed the appropriate amount of damages owed to it by defendant in the above-captioned action as $11,235.06.

Nicholas Ochoa brought this action with allegations that he was doing so individually and on behalf of all others similarly situated under 29 U.S.C. § 216(b). However, his motion indicates he only seeks default judgment on his individual claims.

Accordingly,

The court ORDERS that all allegations in plaintiff's complaint suggesting that he is asserting claims on behalf of other persons be, and are hereby, stricken, so that the only

claims remaining in this action are the individual claims of Nicholas Ochoa.

The court further ORDERS that by 4:00 p.m. on July 30, 2018, plaintiff provide information by an appropriate document, supported by declaration or oath of a person with personal knowledge of the facts stated, in support of the amount of, and justification for, plaintiff's claim for attorney's fees

SIGNED July 16, 2018.

JOHN McBRYDE
United States District Judge

2